IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

RAYMOND D. SHAW,

          Plaintiff,

v.

GREGORY GRAMS, Warden; Capt. RADTKE D., DSI Unit Manager; Sgt. MORRISON, DSI 1st Shift Sgt.; DR. DAWN LANDERS, Psychological Services Unit; COLUMBIA CORRECTIONAL INSTITUTION; DEPT. OF CORRECTIONS; STATE OF WISCONSIN; LORI ALSUM, HSU; DR. BREEN, Supervisor Psychological Services; Mr. MORRIS, Unit 2 Manager;

          Defendants.

ORDER

10-cv-598-wmc

_____

      Plaintiff Raymond Shaw, a prisoner at the Columbia Correctional Institution in Portage, Wisconsin, has submitted a proposed complaint. He requests leave to proceed *in forma pauperis* and has also submitted a trust fund account statement. From the statement, I have calculated plaintiff's initial partial payment to be $114.49. If plaintiff does not have the money to make the initial partial payment in his regular account, he will have to arrange with prison authorities to pay some or all of the assessment from his release account. This does not mean that plaintiff is free to ask prison authorities to pay *all* of his filing fee from his release account. The only amount plaintiff must pay at this time is the $114.49 initial partial payment. Before prison officials take any portion of that amount from plaintiff's release account, they may first take from plaintiff's regular account whatever amount up to the full amount plaintiff owes.

ORDER

IT IS ORDERED that plaintiff is assessed $114.49 as an initial partial payment of the $350 fee for filing this case. He is to submit a check or money order made payable to the clerk of court in the amount of $114.29 on or before November 2, 2010. If, by November 2, 2010, plaintiff fails to make the initial partial payment or show cause for his failure to do so, he will be held to have withdrawn this action voluntarily. In that event, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 13th day of October, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge

2