IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RAYMOND D. SHAW,

    Plaintiff,

v.

PAUL PERSSON, STEVE HELGERSON,
LORI ALSUM and GREG GRAMS,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-598-slc

This action came for consideration before the court and a jury with Magistrate Judge Stephen L. Crocker presiding. The issues have been tried and the jury has rendered a verdict.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

Approved as to form this 3d day of July, 2012.

_____
Stephen L. Crocker
Magistrate Judge

By: _____   7-3-12
Peter Oppeneer, Clerk of Court              Date